## PUMPHREY *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 19, September Term, 1958.]

*Decided November 13, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Application for leave to appeal from a denial of a writ of *habeas corpus* is denied for the reasons set out in the opinion of the lower court.